# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| LILLIAN JAYNE COLBURN, *et al.*, | )   Case No. 2:25-cr-00580-AMM-SGC |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the court on defendant Lillain Jayne Colburn's unopposed motion to continue the trial setting and extend the pretrial deadlines established by the Scheduling Order for not less than ninety days.[1] (Docs. 16, 21). The defendant's motion is accompanied by a waiver of her right to a speedy trial under the Speedy Trial Act. (Doc. 21-1); 18 U.S.C. § 3161. The defendant requests additional time to complete an independent investigation, consult with counsel, and negotiate with the Government. Given defendant Colburn's need to adequately prepare and make an informed decision whether to enter a guilty plea or proceed to trial, the court finds the ends of justice served by extending the pretrial deadlines and granting a continuance outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7).

---

[1] The motion states that the Government does not oppose a continuance but is silent regarding the position of Colburn's co-defendant, Mercutio Terrell Southall. (Doc. 21). However, Southall has not filed an opposition, and the court will continue the case as to both defendants in the interests of judicial efficiency and economy.

Therefore, the motion (Doc. 21) is **GRANTED**, and the time from December 8, 2025, until April 17, 2026, or the date the district judge sets this matter for trial, whichever is later, is excluded from calculations under the Speedy Trial Act. The deadline for pretrial motions is extended until **March 13, 2026**, with any response due not later than **March 20, 2026**. The parties are **ORDERED** to notify the court on the earliest practical business day counsel are able to determine whether the case is to be placed on the consent docket or scheduled for trial but, in either case, not later than **March 13, 2026**. Trial will be set by separate order by U.S. District Judge Anna M. Manasco.

**DONE** this 29th day of December, 2025.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE