FILED

2026 Mar-13  PM 06:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| Mercutio Southall Sr.**,** | ) | **Case No.: 2:25-CR-580-AMM-SGC** |
| Defendant | ) | |

## UNOPPOSED MOTION TO CONTINUE

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(ii), Mercutio Southall, through his attorneys, moves this Honorable Court to continue the trial of this matter for 90 days and extend the associated pretrial deadlines for no fewer than 90 days. In support, Mr. Southall states the following:

1. **On Sunday, February 8, 2026, counsel officially became the attorney of record for Mr. Southall.**

2. **Assistant U.S. Attorney Lee Gilmer and his staff promptly delivered Discovery on Tuesday, February 17, 2026, and provided supplemental Discovery on Wednesday, February 25, 2026.**

3. **Granting a continuance would give recently retained defense counsel sufficient time to prepare and advise Mr. Southall, allowing him to make an informed decision about entering a guilty plea or proceeding to trial. 18 U.S.C. § 3161(h)(7)(B)(iv)(ii).**

4. **Counsel has conferred with Assistant U.S. Attorney Lee Gilmer and Katherine Bounds, counsel for co-defendant Lillian Jayne Colburn, and neither objects to the continuance.**

Mercutio Southall requests that this Honorable Court grant the requested relief and continue the trial of this matter, as well as all related settings and deadlines, by no fewer than 90 days.

/s/*Truman Fitzgerald*

Attorney Truman Fitzgerald

The Law Office of Truman Fitzgerald, LLC

1 Chase Corporate Drive, Suite 405

Hoover, Alabama 35244

T: (205) 360-0800

Email: truman@thelawlifestyle.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed this document on **March 13, 2026**, via PACER, which will notify all parties involved of this filing.

/s/*Truman Fitzgerald*

Truman Fitzgerald